# KIMEN *v.* ATLAS EXCHANGE NATIONAL BANK OF CHICAGO.

No. 662. Argued April 10, 1935.—Decided April 29, 1935.

*Mr. Edward C. Higgins,* with whom *Messrs. Samuel A. Ettelson* and *Herbert A. Salzman* were on the brief, for petitioner.

*Mr. Daniel M. Healy* filed a brief on behalf of respondent.

MR. JUSTICE STONE delivered the opinion of the Court.

This case, which comes here on certiorari to the Appellate Court of Illinois, First District, is a companion case to *Awotin* v. *Atlas Exchange National Bank of Chicago,* decided this day, *ante,* p. 209.

On November 2, 1929, petitioner purchased of respondent, a national banking association, four $1,000 mortgage bonds of the First National Company Collateral Trust. As an inducement and consideration for the purchase, the respondent agreed to repurchase the bonds at their maturity, at par and accrued interest. In a suit brought by petitioner, to recover for breach of the contract and in general assumpsit to recover the purchase price of the

bonds, the trial court gave judgment for petitioner, which was reversed by the Appellate Court, 275 Ill. App. 638 (opinion not reported), following its decision in *Awotin* v. *Atlas Exchange National Bank, supra.* The Supreme Court of the State denied leave to appeal. The issues raised are the same as those in the *Awotin* case. For the reasons stated in our opinion in that case, the judgment is

*Affirmed.*